# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152039-40

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 152039-40
COA: 326261; 326580
Oakland CC: 2001-177490-FC

ROGER BRIAN HESS,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the June 22, 2015 and June 25, 2015 orders of the Court of Appeals is considered. With regard to Court of Appeals Docket No. 326261, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). With regard to Court of Appeals Docket No. 326580, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



Clerk

a0516